UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:  Case No. 21-15475-MAM
Chapter 11 (Subchapter V)

PEPCOM, INC.

    Debtor.
_____/

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a), Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................…………Furr and Cohen, P.A.'s hourly rates per the retainer agreement.

   Prior to the filing of this statement I have received a pre-petition retainer ......................................$75,000.00

   Prior to the filing of this statement the amount of the pre-petition attorneys' fees and cost used ….$45,745.50

   The amount of retainer remaining post-petition for attorneys' fees and costs
   for services to be rendered.............................................................................................................$29,254.50

   Balance Due ...............................................................................................................................................$0.00
       $1,738.00 of the filing fee has been paid.

2. The source of the compensation paid to me was:

   Debtor: X          Other (specify):

3. The source of compensation to be paid to me is:
     Debtor

4. __**XX**____ I have agreed not to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   _____ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

- 2 -

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of petition, schedules, statements of affairs, preparation of Plan of Reorganization and Disclosure Statement as may be required;

    c.  Representation of the Debtor at the meeting of creditors and confirmation hearing; attendance at hearings, negotiations with creditors, and any adjourned hearings thereof;

6. By agreement with the debtor, the above-disclosed fees does **not** include the following services: Representation of the debtor in adversary proceedings and other contested bankruptcy matters, including contested objections to exemptions and attendance at 2004 Examinations. They will be billed separately at $675 per hour.

## **CERTIFICATION**

I HEREBY CERTIFY the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:  June 2, 2021

                                            FURR AND COHEN, P.A.
*Proposed Attorneys for the Debtor*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By   /s/*Robert C. Furr*
Robert C. Furr
Florida Bar No. 210854
E-mail: rfurr@furrcohen.com