**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.https://www.flsb.uscourts.gov

In re:
PEPCOM, INC.,                                                    Case No.: 21-15475 MAM
                                                                 Chapter 11

_____Debtor._____/

**AMENDED SECURED CREDITOR'S MOTION FOR**
**EXTENSION OF TIME TO MAKE §1111(B) ELECTION**

**EMERGENCY HEARING REQUESTED**

**THIS MATTER requires an emergency hearing, specifically, because the Movant seeks time sensitive relief, specifically an extension of time for an 1111(b) election which is due to expire on June 29, 2021 as prescribed by *Amended Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 1111(b)* [ECF No. 14; "Order"] of this Court. The deadline set forth in the Order is 14 days after the filing of a plan. The Debtor filed its plan on June 14, 2021, so the Creditor requires a hearing prior to June 28, 2021.**

Secured Creditor, Jonathan Pepper ("Pepper" or "Movant"), through undersigned counsel, and pursuant to Fed.R.Bankr.P. 3014 and 9006(b)(1), moves to extend the deadline for it to make an election under 11 U.S.C. § 1111(b) to July 21st, 2021 which is fourteen (14) days after the Meeting of Creditors scheduled to be held on July 6, 2021 [ECF No. 11]. In support of the Creditor's requests, he states as follows:

1. On June 2, 2021, Pepcom, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. This Court set the deadline for the elections under 11 U.S.C. §1111(b) in its *Amended Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 1111(b)* [ECF No. 14] to fourteen (14) days after the filing of a plan.

3. On June 14, 2021, the Debtor filed its *Subchapter V Plan of Reorganization* [ECF No. 23; "Plan"].

4. On June 18, 2021, the Movant filed *Proof of Claim 2* in the amount of $2,022,490.96 with a secured amount of $777,350.00.

5. The Debtor, in its Petition [ECF No. 1], Plan, and other filings, undervalue the Movant's secured claim and the real property associated, specifically Units L and M at 955 NW 17th Avenue, Delray Beach, Florida 33445 ("Property"). The Debtor proffers a valuation of $520,000.00 for the two units citing to an appraisal. Undersigned counsel requested a copy of the appraisal from Debtor's counsel on June 9, 2021 and June 15, 2021 with no response to the requests.

6. The Debtor would like the opportunity to perform its own appraisal as the Debtor is severely undervaluing the Property. The valuation proffered by the Debtor is substantially less than the purchase price of $663,315.00 in 2004 which defies the realities of the current real estate market and the economic growth in nearly two decades.

7. With the information provided, the Movant is unable to make an informed decision and the information provided by the Debtor for the reasons stated above is not credible.

WHEREFORE, Movant requests that the Court enter an order extending the deadline for the Movant to make its election under 11 U.S.C. § 1111(b) to July 21st, 2021.

Respectfully submitted,

Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237
Office (941) 444-9783
Fax (941) 296-8517
www.kellyrobertslaw.com

/s/ Kelly Roberts
Kelly Roberts, Esq.
F.B.N. 83804
kelly@kellyrobertslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that this Motion has been served on the 22nd of June 2021, to all parties receiving notices via CM/ECF and to the parties of interest listed below via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

                                        Respectfully submitted,

                                        <u>/s/ Kelly Roberts</u>
                                        Kelly Roberts, Esq.
                                        Roberts Law, PLLC